

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00488-CR

**IN RE** Joshua **PACHECANO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: December 22, 2021

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On November 5, 2021, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion for "Nunc Pro Tunc Correcting Time Credit Error." However, on November 23, 2021, the trial court rendered a Judgment Nunc Pro Tunc granting the relief requested by relator in his motion. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Do not publish

---

[1]This proceeding arises out of Cause No. 2018-CR-11362, styled *State of Texas v. Joshua Charles Pachecano*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.